SUMMARY DISPOSITION ORDER

403 P.3d 308

Richard A. VILLAVER, Plaintiff-Appellant, v. David Kawika Sylva; Hawaii Mega-Cor, Inc., a Hawaii domestic for-profit corporation, Defendants-Appellants,

and

John DOES 1-10; Jane Does 1-10; DOE Corporations 1-10; DOE Partnerships 1-10; DOE Companies 1-10; DOE Non-profit Entities 1-10; and DOE Governmental Entities 1-10, Defendants

NO. CAAP-14-0001086

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
October 11, 2017.

Affirm.